**Order entered June 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00817-CV

### DAYDRICK NORRIS, Appellant

### V.

### TRANS AM SFE II LLC, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-18-02790-D**

## ORDER

Before the Court are appellant's June 17, 2019 motions. The motions are accompanied by a copy of appellant's original brief. By the motions, appellant, who is pro se, appears to be seeking a thirty-day extension of time to file an amended brief that corrects deficiencies we identified in his original brief. Appellant explains he would like to have an attorney review the amended brief to ensure it complies with the briefing requirements.

We **GRANT** the motion and **ORDER** the amended brief be filed no later than July 22, 2019. We note the amended brief was first due April 18, 2019, and we have already granted one extension. Accordingly, we caution appellant that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE